IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY CHEESEBORO,
Petitioner,

v.

RAYMOND LAWLER, et al.,
Respondents.

CIVIL ACTION

FILED
AUG 27 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

No. 09-0593

## ORDER

AND NOW, this 20th day of August, 2009, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

ANITA B. BRODY, J.

Copies via ECF on ___ to: Copies via US Mail on ___ to: